IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2848 |
| THIS DOCUMENT RELATES TO: | : | |
| NORMA STANTON | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 18-20057 |
| SANDRA MORRIS | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 18-20059 |

PRETRIAL ORDER NO. 53

AND NOW, this 7th day of January, 2019, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motions of defendants Merck & Co. Inc. and Merck Sharp & Dohme Corp. to dismiss these actions as to said defendants for lack of personal jurisdiction are GRANTED without prejudice; and

(2) The requests of plaintiffs to transfer these actions under 28 U.S.C. § 1631 are DENIED.

BY THE COURT:

/s/ Harvey Bartle
_____ J.